Jeremy Vaughn Pinson DOC#469603
Lawton Correctional Facility
8607 SE Flower Mound Road
Lawton, Oklahoma, 73501

**FILED**

MAR 28 2006



ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Jeremy V. Pinson,           )
    Plaintiff,          )   Case No. CIV-06-323-R
                        )
Vs.                         )
                        )   **CIVIL RIGHTS COMPLAINT**
Renee Watkins, Cara Adney,  )
Sandra Bradford, Kim James, )   **PURSUANT TO 42 U.S.C. § 1983**
James Cotton, Matt Piatt,   )
Corrections Corp. of America,)
    Defendants,         )

## A. JURISDICTION:

1) Jeremy Vaughn Pinson, is a citizen of Oklahoma who at the time of this complaint resides at Lawton Correctional Facility, 8607 SE Flower Mound Road, Lawton, Oklahoma, 73501.

2) Defendant Renee Watkins is a citizen of Cushing, Oklahoma and is employed as Assistant Warden. At the time the claim(s) that are alleged in this complaint arose, this defendant **was** acting under the color of State Law as she abused and neglected powers possessed by virtue of State law.

3) Defendant Cara Adney is a citizen of Cushing, Oklahoma and is employed as Unit Manager. At the time the claim(s) that are alleged in this complaint arose, this defendant **was** acting under the color of State Law as she abused and neglected powers possessed by virtue of State Law.

4) Defendant Sandra Bradford is a citizen of Cushing, OKla., and is employed as Case Manager. At the time the claim(s) arose that are alleged in this complaint the Defendant **was** acting under

the color of state law as she abused and neglected powers possessed by virtue of state law.

5) Defendant Kim James, is a citizen of Cushing, Oklahoma, and is employed as Case Manager. At the time the claim(s) that are alleged in this complaint arose this defendant **was** acting under the color of State Law as she abused and neglected powers possessed by virtue of state law.

6) Defendant James Cotton, is a citizen of Cushing, Okla., and is employed as Unit Manager. At the time the claim(s) that are alleged in this complaint arose this defendant **was** acting under the color of State law as he abused and neglected powers possessed by virtue of State law.

7) Defendant Matt Piatt, is a citizen of Cushing, Okla., and is employed as Correctional Officer. At the time the claim(s) alleged in this complaint arose the defendant **was** acting under the color of State law as he abused and neglected powers he did possess by virtue of state law.

8) Defendant Corrections Corporation of America is a Tennessee Corporation that owns and operates the Cimarron Corr. Facility in Cushing, Oklahoma. At the time the claim(s) alleged in this complaint arose the defendant **was** acting under the color of state law as it abused powers possessed by virtue of state law and violated the Oklahoma Tort Claims Act and/or known as Title 76 O.S. § 1 et seq.

9) Jurisdiction is asserted pursuant to 28 U.S.C. § 1343(3) and 42 U.S.C. § 1983.

### B. NATURE OF ᵧTHE CASE:

**FACTS:**

10) The Plaintiff was transferred to the Cimarron Corr. Facility on February 11, 2005 from the Joseph Harp Correctional Center.

11) The Plaintiff warned each Defendant through oral and written means that he was in imminent danger and his continued presence in the prison General population presented a threat to his life and safety, See Exhibit"O", Exhibit "K" and Exhibit "L"

12) On March 22, 2005 the Plaintiff was stabbed once in the chest by another prisoner during a disturbance that left one

(2)

other prisoner dead, 7 in critical condition in area hospitals and the Plaintiff being treated for a wound to the chest and later severe psychological anxiety, fear, and stress.
See Exhibit "P".

13) From 3/22/2005 to 05/04/2005 the Defendant was housed in Segregation with multiple inmates who belonged to the same gang as the prisoner who stabbed the Plaintiff, the Plaintiff was forced to endure multiple threats against his life, harrassment, taunts, which created an extremely stressful environment and contributed to great psychological fear and mental anguish.
See Exhibit's "A", "B", "C", "D".

14) On 04/25/2005 the Plaintiff got into an argument with the Defendant Matt Piatt who subsequently labeled the Plaintiff a "snitch", "punk", "bitch", and "rat" the four labels that the Defendant knew would be heard by other inmates and that did cause other inmates from 04/25/2005 to 05/04/2005 to harass and threaten the plaintiff.
See Exhibit "E".

15) On 05/04/2005 the Plaintiff was transferred by the Okla. Department of Corrections to the Lawton Correctional Facility to seperate the Plaintiff from the inmate who stabbed the Plaintiff.

## C. CAUSE OF ACTION:

The Plaintiff alleges that the following constitutional rights, priveleges, and immunities have been violated and the following facts support and form the basis of my allegations:

16) **Count One:** Violation of the Plaintiff's 8th Amendment rights under the United States Constitution.
A) The Plaintiff's right to be free from cruel and unusual in the course of his incarceration punishment was violated by and through the Defendant's deliberate indifference to the following:
    1) The Plaintiff warned the Defendants that he was in danger and his continued presence in the general population would present a threat to his life and safety the Plaintiff was left by the Defendants in the General Population and was subsequently stabbed even though the Defendants per their own policy should have taken measures to segregate the Plaintiff. See Exhibits "K","L","O".

(#)

2) As a result of the Defendants actions as outlined in Paragraph A(1) the Plaintiff was stabbed by another inmate on 03/22/2005 even though the Defendants could have easily prevented the incident but through deliberate indifference allowed the Plaintiff to be incarcerated in an environment that he was stabbed viciously and left with psychological scars that tormented the Plaintiff and left him in a constant and severe state of fear and paranoia that has required treatment by psychologists and a medical doctor for medication since. See Exhibits _____.

3) The Defendants Renee Watkins, Cara Adney, Kim James, Sandra Bradford, and James Cotton were each told by the Plaintiff that the plaintiff was in imminent danger, the Defendants in their official capacities each had the power to segregate and should have per their own policies and regulations segregated the Plaintiff for his own protection, each defendant did nothing to investigate the claims of danger and each did nothing to protect with powers possessed by and through contract with the Oklahoma Department of Corrections to protect the Plaintiff, as a result the Plaintiff was stabbed on 03/22/2005.

4) The Defendant Corrections Corporation oOf America housed the Plaintiff at the time of the incident and was responsible by and through it's contract with the State of Oklahoma to protect the Plaintiff but by and through it's employee's as listed in Paragraph A(3) actions allowed the Defendant to come to harm though such was easily preventible.

5) The Defendant Matt Piatt through labeling the Plaintiff as outlined in B(14) caused great psychological fear and mental anguish as these labels were done within hearing of other inmates these labels caused severe harrassment of the Plaintiff by other inmates, endangered the Plaintiff's life and safety further and were cruel and negligent having followed the Plaintiff being stabbed on 03/22/2005 and were directly related to that incident and the Plaintiff's subsequent interrogation by the Oklahoma State Bureau of Investigation.

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF:

1. The plaintiff has filed no other lawsuits in state or federal court relating to this issue or conditions of confinement,

(4)

2. The Plaintiff has exhausted all available administrative remedies available to him under State law and was given no relief the following Exhibits will document the Plaintiff's attempts for relief under State remedies: "A", "B", "C", "D", "E", "K", "L".

### E. REQUEST FOR RELIEEF:

The Plaintiff respectfully prays this court will grant relief to the plaintiff as follows:

**ACTUAL DAMAGES:** $100,000.00 for physical pain and suffering, mental anguish and psychological fear.

**PUNITIVE DAMAGES:** $10,000.00 for Defendants Watkins, Adney, Bradford, James, and Cotton; $25,000 for Defendants Piatt and Corrections Corporation of America.

It is so Prayed.

_____
Jeremy V. Pinson #469603
Lawton Correctional Facility
8607 SE Flower Mound Road
Lawton, Okla., 73501