**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JEREMY PINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-06-0323-F |
| ) | |
| RENEE WATKINS, et al., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Magistrate Judge Robert E. Bacharach's Report and Recommendation Concerning Class Certification, filed May 3, 2006, is before the court. (Doc. no. 14.) Magistrate Judge Bacharach recommends denial of plaintiff's motion for certification of a class. (Motion at doc. no. 10.)  The Report advises plaintiff of his right to file an objection to the Report by May 23, 2006, and advises that failure to object will result in waiver of the right to appeal any order denying class certification.  No objection has been filed, and no request for an extension of time within which to object has been filed.

With no objection being filed, and having reviewed the Report and Recommendation of the magistrate judge, the record, and the relevant authorities, the court hereby **ACCEPTS**, **ADOPTS**, and **AFFIRMS** the Report and Recommendation in its entirety.  Accordingly, plaintiff's motion for certification of a class (doc. no. 10) filed April 20, 2006, is **DENIED** for the reasons set out by the magistrate judge in his Report.

This action remains referred to the magistrate judge.

Dated this 7th day of June, 2006.

                         STEPHEN P. FRIOT
                         UNITED STATES DISTRICT JUDGE

06-0323p002(pub).wpd