# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEREMY PINSON,                )  | |
|         )  | |
|       Plaintiff,        )  | |
|         )  | |
| vs.                            )  | Case No.  CIV-06-0323-F |
|         )  | |
| RENEE WATKINS, et al.,         )  | |
|         )  | |
|       Defendants.       )  | |

## ORDER

Magistrate Judge  Robert E. Bacharach's Report and Recommendation of December 18, 2006 (doc. no. 83) is before the court.  The Report recommends denial of plaintiff's motion for preliminary injunction, filed November 29, 2006, as moot. (Motion at doc. no. 74.)  The Report advised plaintiff that any objections must be filed with the clerk by January 7, 2007, and that failure to make timely objection would foreclose appellate review of the suggested ruling.  Plaintiff's time for objecting was then extended, until February 22, 2007.  Plaintiff has not objected to the Report, nor has he sought a further extension of time within which to object.

Accordingly, there being no objection, and after review, the court **ACCEPTS**, **ADOPTS,** and **AFFIRMS** the Magistrate Judge's Report and Recommendation. Plaintiff's Motion for Preliminary Injunction is **DENIED** as moot.  This matter does not end the referral.

Dated this 23rd day of January, 2007.

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

06-0323p005.wpd